UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| STARSTONE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Intervenor Plaintiff, | ) ) | |
| v. | ) ) | CV418-205 |
| J&T'S WAREHOUSE, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

Before the Court are two motions related to plaintiff's forthcoming summary judgment motion. *See* docs. 45 & 46. The first motion seeks permission to exceed the briefing page limit set by the Court's Local Rules "by no more than 3 pages." Doc. 45 at 2. That request is **GRANTED**. Plaintiff also seeks, with the other parties' consent, to file deposition transcripts, supporting its summary judgment motion, under seal. *See* doc. 46. That request is **GRANTED** as unopposed.

**SO ORDERED,** this 19th day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA