IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>STARSTONE SPECIALITY INSURANCE COMPANY,<br><br>    Intervenor Plaintiff,<br><br>v.<br><br>J&T'S WAREHOUSE, INC., RIVER STREET RESTAURANT GROUP, LLC, RIVER STREET SWEETS, INC., JANE DOE, TIMOTHY STRICKLAND, and JENNIFER STRICKLAND,<br><br>    Defendants. | CASE NO. CV418-205 |

## O R D E R

Before the Court is Defendants J&T's Warehouse, Inc., River Street Restaurant Group, LLC, River Street Sweets, Inc., Timothy Strickland, and Jennifer Strickland's (the "Moving Defendants") Consent Motion to Exceed Page Limit. (Doc. 109.) In the motion, the Moving Defendants state that they intend to file one collective brief in response to both Plaintiff The Cincinnati Specialty Underwriters Insurance Company's Motion for Summary Judgment (Doc. 101) and Intervenor Plaintiff Starstone Specialty Insurance Company's Motion for Summary Judgment (Doc. 102). (Id. at 2.) The Moving Defendants, therefore, request an extension on the twenty-six (26) page maximum and request that this Court

permit them to file a brief of thirty-eight (38) pages. (<u>Id.</u>) The Moving Defendants this request to exceed the page maximum by a total of twelve (12) pages. While the Court appreciates the complexity at issue in this case, the page maximum was set in the Local Rules of the Southern District to be mindful of complex cases and to help conserve the Court's resources. The Court **GRANTS** the Moving Defendant's motion with the following modification: Moving Defendants' motion shall not exceed **thirty-four (34) pages.**

IT IS SO ORDERED this 20th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2